1   THE LAW OFFICES OF PATRICK DRISCOLL, LLC
    PATRICK R. DRISCOLL, JR., ESQ.
2   Nevada Bar No. 010877
    2470 St. Rose Parkway., Suite H1-105
3   Henderson, NV 89074
    Telephone: (702) 388-8300
4   Facsimile: (702) 664-6358
5   Email: pdriscoll@patrickdriscolllaw.com
    Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. 19-16146-abl |
|---|---|
| SHARON ANN HALL | Chapter : 13 |
| Debtor. | |

**DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**

**DEBTOR HEREBY GIVES NOTICE THAT:**

- the above entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. § 706, 1112, or 1208;

- there is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case;

- Debtor(s) have made no arrangements or agreements with any creditor or other person in connection with this request for dismissal;

- Debtor(s) is requesting that the Case be dismissed pursuant to 11 U.S.C. § 1307(b).

Dated this 9$^h$ day of October, 2019.

Submitted by:

By: ____/s/ Patrick R. Driscoll, Jr., Esq.____
Patrick R. Driscoll, Jr., Esq
Nevada Bar No. 010877
2470 St. Rose Prky., Suite H1-105
Henderson, NV 89074
Telephone: (702) 388-8300
Facsimile: (702) 664-6358
Email: pdriscoll@patrickdriscolllaw.com
Counsel for Debtors

## CERTIFICATE OF SERVICE

1. On October 9, 2019, I served the following documents:

**NOTICE OF VOLUNTARY DISMISSAL**

2. I served the above named document(s) by the following means to the persons as listed below:

☒ **a.    ECF System.**

RICK A. YARNALL on behalf of Trustee RICK A. YARNALL
ecfmail@LasVegas13.com, ecfimport@lasvegas13.com

☐ **b.    United States mail, postage full prepaid, to the following:**


☐ **c.    Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.    By direct email.**

I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.    By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

1
2   ☐   **f.**   **By messenger.**

3       I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
4
5   I declare under penalty of perjury that the foregoing is true and correct.

6   DATED 9th day of October, 2019

7                                               /s/ A. Williams
8                                               _____
                                                Angela Williams, an employee of
9                                               The Law Offices of Patrick Driscoll, LLC

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28