_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 09, 2019

THE LAW OFFICES OF PATRICK DRISCOLL, LLC
PATRICK R. DRISCOLL, JR., ESQ.
Nevada Bar No. 010877
2470 St. Rose Prky., Suite H1-105
Henderson, NV 89074
Telephone: (702) 388-8300
Facsimile: (702) 664-6358
Email: pdriscoll@patrickdriscolllaw.com
Counsel for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. 19-16146-abl |
|---|---|
| SHARON ANN HALL | Chapter : 13 |
| Debtor. | |

### ORDER DISMISSING BANKRUPTCY PROCEEDING

On or about October 9, 2019, Debtor filed their Notice of Voluntary Dismissal of Chapter 13 proceeding.

**IT IS HEREBY ORDERED** that the above –captioned bankruptcy proceeding under

1  Chapter 13 is **DISMISSED** based upon the Debtors request.

2      **IT IS SO ORDERED.**

3      Dated this 9th day of October, 2019.

4      Submitted by:

5

6  By:    */s/ Patrick R. Driscoll, Jr., Esq.*
    Patrick R. Driscoll, Jr., Esq
7      Nevada Bar No. 010877
    2470 St. Rose Prky., Suite H1-105
8      Henderson, NV 89074
    Telephone: (702) 388-8300
9      Facsimile: (702) 664-6358
    Email: pdriscoll@patrickdriscolllaw.com
10     Counsel for Debtor

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28